IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY JONES, JR.,<br>Defendant. | Case No. CR 24-38 WHO (TSH)<br><br>**RELEASE ORDER** |

For the reasons stated on the record on August 11, 2026, it is hereby ordered that Anthony Jones, Jr. be released from United States Marshal custody forthwith. Upon release, Mr. Jones shall immediately report to residential treatment at HealthRight360 located at 1563 Mission Street in San Francisco. Mr. Jones is also directed to call his U.S. Probation Officer weekly and abide by all other conditions of release.

IT IS SO ORDERED.

August 11, 2026
Date

THOMAS S. HIXSON
United States Magistrate Judge